Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JERON HANSON,<br><br>    Defendant. | NO. 2:20-cr-00132-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the parties' stipulated motion to continue the trial date and pretrial motions deadline, and the files and records herein, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 1

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of October 26, 2020 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

IT IS THEREFORE ORDERED that the parties' Stipulated Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #24) is GRANTED.  The trial date in this matter shall be continued to March 29, 2021, at 9:00 a.m.  All pretrial motions, including motions in limine, shall be filed no later than February 18, 2021.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of March 29, 2021, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 18th day of September, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 1

**MAZZONE LAW FIRM, PLLC**
3002 Colby Avenue, Suite 302
Everett, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994