Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JERON HANSON,<br><br>　　　　　　　　Defendant. | No. 2:20-cr-00132-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Jeron Hanson's Motion for Early Termination of Supervised Release.  Dkt. 91.  Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. 91) is **DENIED**.

DATED this 6th day of December, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1